No. 622. MAXWELL *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. Certiorari granted limited to Questions 2 and 3 of the petition which read as follows:

"2. Whether Arkansas' practice of permitting the trial jury absolute discretion, uncontrolled by standards or directions of any kind, to impose the death penalty violates the Due Process Clause of the Fourteenth Amendment?

"3. Whether Arkansas' single-verdict procedure, which requires the jury to determine guilt and punishment simultaneously and a defendant to choose between presenting mitigating evidence on the punishment issue or maintaining his privilege against self-incrimination on

the guilt issue, violates the Fifth and Fourteenth Amendments?"

Case set for oral argument immediately following No. 642 [*Boykin* v. *Alabama, ante,* p. 820]. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Michael Meltsner, George Howard, Jr.,* and *Anthony G. Amsterdam* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for respondent.